**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CROWD SOURCED TRAFFIC, LLC | § § § |
| Plaintiff, | § § CIVIL ACTION NO. 2:11-CV-469 |
| v. | § § **JURY TRIAL DEMANDED** |
| WAZE, INC., | § § |
| Defendant. | § § § |

**CORPORATE DISCLOSURE STATEMENT**

Plaintiff has no parent corporation and there is no publicly held corporation owning 10% or more of Plaintiff's stock.

DATED: November 7, 2011.    Respectfully submitted,

By: \s\ *Hao Ni*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Stevenson Moore
Texas bar No. 24076573
smoore@nilawfirm.com

Ni Law Firm, PLLC
3102 Maple Ave. Suite 400
Dallas, TX 75201
Telephone: (214) 800-2208
Fax: (214) 880-2209

Douglas L. Bridges
GA Bar No. 080889
Jacqueline K. Burt

                                      GA Bar No. 425322  
                                      HENINGER GARRISON DAVIS, LLC  
                                      1 Glenlake Parkway, Suite 700  
                                      Atlanta, GA 30328  
                                      Tel: (678) 638-6308  
                                      Fax: (678) 638-6142  
                                      Email:  dbridges@hgdlawfirm.com  
                                      Email:  jburt@hgdlawfirm.com  
                                      **ATTORNEYS FOR PLAINTIFF,**  
                                      **CROWD SOURCED TRAFFIC, LLC**

## **CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on this date

                                                      \s\ *Hao Ni*